UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **YVETTE GALLIANO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4814-LMA-SS** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | |

## REPORT AND RECOMMENDATION

The plaintiff, Yvette Galliano ("Galliano"), filed a complaint for judicial review, pursuant to Section 405(g) of the Social Security Act (the "Act"), of the final decision of the Commissioner of the Social Security Administration denying her claim for benefits. Rec. doc. 1. She seeks a reversal of that decision. In the alternative, she requests a remand. Rec. doc. 8 (Memorandum at 17).

On February 4, 2014, the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), filed a motion to remand. Rec. doc. 9. The Commissioner requests that the Court remand the case pursuant to the fourth sentence of 42 U.S.C. § 405 (g) for further administrative proceedings. The Commissioner reports that Galliano does not oppose the motion to remand. Rec. doc. 9 at 4. Accordingly,

IT IS RECOMMENDED that: (1) the Commissioner's motion to remand (Rec. doc. 9) be GRANTED; and (2) the action be reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 7th day of February, 2014.

_____
SALLY SHUSHAN
United States Magistrate Judge