UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YVETTE GAGLIANO                                         CIVIL ACTION

VERSUS                                                  NO. 13-4814  I (1)

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that:  (1) the motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), to remand (Rec. doc. 9) is **GRANTED**; and (2) the action is reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

New Orleans, Louisiana, this 24th day of February, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE