UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**YVETTE GALLIANO**                                          **CIVIL ACTION**

**VERSUS**                                                          **No. 13-4814**

**CAROLYN W. COLVIN**                                    **SECTION I**

### ORDER

Before the Court is a motion for attorney's fees and costs filed by plaintiff, Yvette Galliano,[1] to which defendant has filed an opposition.[2]

Plaintiff requests an award of attorney's fees at an hourly rate of $187.50, a rate which plaintiff has calculated by applying a cost-of-living increase to the $125 hourly rate initially set by the Equal Access to Justice Act, 28 U.S.C. § 2412.[3] Plaintiff requests an award of $2,3347.37, for 12.45 hours of work, plus $400.00 in costs associated with the filing fee for the case.[4]

Defendant disputes only the hourly rate sought by plaintiff's counsel. According to defendant, $160 hourly "is appropriate for Social Security cases arising in this region based on recent Court orders."[5] The Court agrees. *See, e.g.*, *Cornish v. Soc. Sec. Admin.*, No. 12-2746, 2014 WL 1600383 (E.D. La. Apr. 18, 2014).

Accordingly,

**IT IS ORDERED** that the motion is **GRANTED IN PART** and that plaintiff is awarded attorney's fees in the amount of $1,992.00 and costs in the amount of $400.00.

---

[1] R. Doc. No. 13.

[2] R. Doc. No. 14.

[3] R. Doc. No. 13-3, at 4.

[4] R. Doc. No. 13-3, at 3.

[5] R. Doc. No. 14, at 3 (citing cases).

**IT IS FURTHER ORDERED** that the motion is **DENIED** in all other respects.

New Orleans, Louisiana, June 18, 2014.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**